# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia (Macon)

In re   David Keith Sailors                                    Case No.  14-50833
Debtor                                                          Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:**  Nationstar Mortgage LLC

**Last four digits** of any number you use to identify the debtor's account:  4297

**Court claim no.** (if known):  6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | 04-21-2014, 08-15-2014 | (3) $ 725.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | | (7) $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) $ 0.00 |
| 11. Other. Specify: | | (11) $ 0.00 |
| 12. Other. Specify: | | (12) $ 0.00 |
| 13. Other. Specify: | | (13) $ 0.00 |
| 14. Other. Specify: | | (14) $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Lisa Monts                                      Date  09/11/2014
Assistant Secretary
 (Filed by: Michael Daniels)

Specific Contact Information:                Nationstar Mortgage, LLC.
P: 877-782-7612                              PO Box 630267
lisa.monts@nationstarmail.com
                                             Irving, TX 75063

# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia (Macon)

Chapter 13 No. 14-50833

In re:

Judge: Judge James P. Smith

David Keith Sailors

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2014, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: David Keith Sailors
417 Jenkins Road
Forsyth, GA 31029

Debtor's Attorney: Robert M. Matson
Akin, Webster and Matson, PC
P.O. Box 1773
Macon, GA 31202

Trustee: Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

978753-b1283aa2-a7d5-45f4-8429-50cc5f1dd266-